IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LISA J. KELLEY
          Plaintiff,

vs.                                          / / / Civil Action No. 05-1079

JO ANNE B. BARNHART
Commissioner of Social Security
          Defendant.

**ORDER OF DISMISSAL**

        Plaintiff having filed a Motion to Dismiss the above-styled action, It is ORDERED that the

motion is GRANTED and this case be dismissed from the Court's docket.

_____
UNITED STATES DISTRICT JUDGE

Dated: February __, 2006